SMITH v. STROUD. (Circuit Court of Appeals, Third Circuit. March 27, 1900.) No. 10. In Error to the District Court of the United States for the Eastern District of Pennsylvania.

PER CURIAM. This cause having been called for hearing in its regular order, and a stipulation to dismiss this cause having been filed, therefore, in pursuance of said stipulation, it is now here ordered and adjudged by this court that the writ of error be. and the same is hereby, dismissed, with costs.

---

STEWART v. LODGE & SHIPLEY MACHINE–TOOL CO. (Circuit Court of Appeals, Sixth Circuit. March 15, 1900.) No. 775. Appeal from the Circuit Court of the United States for the Southern District of Ohio. George J. Murray, for appellant. George B. Parkinson, for appellee. No opinion. Decree of circuit court reversed.

---

STRAITS OF DOVER S. S. CO., Limited, v. MUNSON. (Circuit Court of Appeals, Second Circuit. April 11, 1900.) No. 124. Appeal from the District Court of the United States for the Southern District of New York. J. Parker Kirlin, for appellant. Everett P. Wheeler, for appellee. Before WALLACE, LACOMBE, and SHIPMAN, Circuit Judges. No opinion. Decree affirmed, with costs, on opinion of court below. (95 Fed. 690.) See 99 Fed. 787.

---

THOMAS POTTER SONS & CO. v. AMERICAN LINOLEUM MFG. CO. (Circuit Court of Appeals, Third Circuit. March 19, 1900.) Appeal from the Circuit Court of the United States for the Eastern District of Pennsylvania. Appeal dismissed, with costs to appellee.

---

THORNTON v. LOUISVILLE & N. R. CO. (Circuit Court of Appeals, Sixth Circuit. February 26, 1900.) No. 758. In Error to the Circuit Court of the United States for the Western District of Tennessee. F. G. Fitzhugh, for plaintiff in error. W. M. Randolph, for defendant in error. No opinion. Judgment of the circuit court affirmed.

---

UNITED STATES v. AH TIN. (Circuit Court of Appeals, Ninth Circuit. February 5, 1900.) No. 527. In Error to the District Court of the United States for the District of Oregon. John H. Hall, for the United States. Before McKENNA, Circuit Justice, and ROSS and MORROW, Circuit Judges.

PER CURIAM. The facts in this case are the same as the facts in U. S. v. Lee Seick (C. C. A.) 100 Fed. 398, and on the authority of that case the judgment is affirmed.

---

UNITED STATES v. BURNS. (Circuit Court of Appeals, First Circuit. October 11, 1898.) No. 254. Appeal from the Circuit Court of the United States for the District of Massachusetts. Boyd B. Jones, U. S. Atty. Sewall C. Brackett, for appellee. Before PUTNAM, Circuit Judge, and WEBB and BROWN, District Judges. Appeal dismissed by consent. See 87 Fed. 796.